**KLEIN & HEUCHAN, INC., a Florida corporation, Plaintiff–Counter Defendant–Appellee,**

v.

**COSTAR REALTY INFORMATION, INC., a Foreign Corporation, Costar Group, Inc., a Foreign corporation, Defendants–Counter–Claimants–Appellants.**

No. 10–12201.

United States Court of Appeals, Eleventh Circuit.

April 28, 2011.

Jeffrey W. Gibson, Brian James Aungst, Jr., Nancy S. Paikoff, J. Paul Raymond, Macfarlane Ferguson & McMullen, Joshua Magidson, Attorney at Law, Clearwater, FL, for Plaintiff–Counter Defendant–Appellee.

William C. Guerrant, Jr., Lara J. Tibbals, Hill, Ward & Henderson, P.A., Charles F. Sansone, Attorney at Law, Tampa, FL, Matthew J. Oppenheim, Oppenheim Group, Potomac, MD, for Defendants–Counter–Claimants–Appellants.

* Honorable Richard W. Goldberg, United States Court of International Trade Judge,

Before DUBINA, Chief Judge, HILL, Circuit Judge, and GOLDBERG,* Judge.

PER CURIAM:

Appellant CoStar Realty Information, Inc. appeals the judgment of the district court following a bench trial that Klein & Heuchan, Inc. was not vicariously liable or liable for contributory copyright infringement based on an employee's copyright infringement.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the final judgment of the district court based on its findings of fact and conclusions of law incorporated in its final judgment filed on April 20, 2010.

AFFIRMED.